Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED ✓ RECEIVED    LODGED COPY

DEC 2 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona   ▼

_____Phoenix____ Division

Naomi Garcia

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __CV22-02169-PHX-ESW__

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Chandler-Gilbert Community College (Maricopa County
Community Colleges District)

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Naomi Garcia |
| Street Address | 1535 N. Horne, #37 |
| City and County | Mesa, Maricopa |
| State and Zip Code | Arizona, 85203 |
| Telephone Number | 520-429-6232 |
| E-mail Address | nharper3@hotmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Chandler-Gilbert Community College |
| Job or Title *(if known)* | |
| Street Address | 2626 E. Pecos Rd |
| City and County | Chandler, Maricopa |
| State and Zip Code | Arizona, 85225 |
| Telephone Number | 480-732-7000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Maricopa County Community College District |
| Job or Title *(if known)* | District Governing Office |
| Street Address | 2411 W. 14th Street |
| City and County | Tempe, Maricopa |
| State and Zip Code | Arizona, 85281 |
| Telephone Number | 480-731-8000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Felicia A. Ramirez-Perez |
| Job or Title *(if known)* | Dean of Enrollment Services |
| Street Address | 2626 E. Pecos Rd |
| City and County | Chandler, Maricopa |
| State and Zip Code | Arizona, 85225 |
| Telephone Number | 480-732-7346 |
| E-mail Address *(if known)* | felicia.ramirez-perez@cgc.edu |

Defendant No. 4

| | |
|---|---|
| Name | Alison M. Travis |
| Job or Title *(if known)* | Student Services Director (CGCC) |
| Street Address | 2626 E. Pecos Rd |
| City and County | Chandler, Maricopa |
| State and Zip Code | Arizona, 85225 |
| Telephone Number | 480-726-4047 |
| E-mail Address *(if known)* | alison.travis@cgc.edu |

**Defendant No. 5**

Name Job or Title (if known):  Dr. Kishia Brock (Then: Interim Vice-President of Student Affairs for Chandler-Gilbert Community College, Current: Associate Vice Chancellor Institution DSSC)

Street Address City and County: Tempe, Maricopa

State and Zip Code: Arizona, 85281

Telephone Number: 480-731-8313

E-mail Address (if known): kishia.brock@domail.maricopa.edu

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**C.      Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Chandler-Gilbert Community College |
| Street Address | 2626 E. Pecos Rd. |
| City and County | Chandler, Maricopa |
| State and Zip Code | Arizona, 85226 |
| Telephone Number | 480-732-7000 |

## II.      Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑      Other federal law *(specify the federal law)*:

42 USC Section 1981

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

   *(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

2-27-2019

C.   I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

   _____

E.   The facts of my case are as follows.  Attach additional pages if needed.

I am an African American/Black woman.

I was hired on 2-10-2017 as a part-time Academic Advisor at Chandler-Gilbert Community College (CGCC/part of the Maricopa County Community College District) and started working on or about 2-22-2017.

I worked successfully in the role without any issues with performance or behavior.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
2/28/2019 and signed 4-5-2019

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*   9/26/2022                    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Declaratory relief, injunctive relief, I want to be reinstated, economic damages including wage loss, compensatory damages from suffering discrimination, pre-judgement interest and costs and attorney's fees and any other relief the court deems appropriate.

My damages are still accruing and cannot be calculated. TBD

---

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12-22-2022

Signature of Plaintiff
Printed Name of Plaintiff       Naomi Garcia

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 540-2019-01868 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Naomi Garcia | (520) 429-6232 | 1983 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1535 N Horne, #37,  MESA, AZ 85203 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| CHANDLER-GILBERT COMMUNITY COLLEGE | 501+ | (480) 732-7042 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2626 E. Pecos Road,  CHANDLER, AZ 85225 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION  ☐ OTHER (Specify) | Earliest: 04-01-2018   Latest: 02-27-2019  ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed with the above-named employer from on or about February 22, 2017 until approximately February 27, 2019. My most recent position was Student Services Analyst- Academic.

In or around April 2018, I applied for a Student Services Director position at Chandler-Gilbert Community College (CGCC) over Advisement and Career Services. During that same time-frame (through May 2018), I was informed by email that I was denied the position (rejected from interviewing during screening). I am aware that a non-black employee was selected for the position and I was not accurately scored during the screening process.

On or about May 30, 2018, I complained about the hiring process and race discrimination to Maricopa District Human Resources with no resolution. I was referred back to Dean Felicia Ramirez-Perez, whom the complaint was filed against, at CGCC to review scoring paperwork July 2018.  This paperwork was not provided as requested and expected per District Human Resources previous feedback.

On or about July through August 2018, I began to be questioned, harassed and bullied about previously being assigned and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Naomi Garcia on 04-05-2019 05:41 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 540-2019-01868 |

| Arizona Attorney General's Office, Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

working a schedule I had never worked or been assigned by my newly appointed/hired supervisor (Ms. Alison Travis, who was recently confirmed permanently into the Student Services Director position on or about July 3, 2018; which I had recently applied for). I complained about the unnecessary aggressive behavior and communication challenges I was dealing with from my manager/direct supervisor to her supervisor Dean Felicia Ramirez-Perez for resolve. She confirmed understanding of my concerns and her awareness of her direct report's issues and concern or her handling of the situation. She advised she will discuss it with her.

On or about September 17, 2018, I started a new position hired through Maricopa District transitioning from part-time academic advisor to Student Services Analyst (placed at CGCC to continue reporting to Ms. Alison Travis and Dean Felicia Ramirez-Perez). On or about November 8, 2018, I was written up by my supervisor Ms. Alison Travis for submitting a public incident report regarding a student along with performance issues related to the number of students I was meeting with daily. No previous individual coaching was given prior to our first discussion regarding a specific number of students I needed to see daily. In addition, no specific training was provided in reference to submission of public incident reports prior to me submitting the report on or about November 2, 2018. I had also never received any performance review since February 2017.

Later that same day of receiving my written verbal warning, I went to the CGCC Human Resources office in person and reported that I was being retaliated against by my supervisor Ms. Travis and was referred to the Human Resources Director (who was currently in a meeting) and Dr. Deric Hall who handled EEOC complaints at the Maricopa District Office.

On or about November 9, 2018, I submitted a verbal internal discrimination/retaliation complaint to Dr. Deric Hall by phone message. I delivered my official complaint paperwork in December 2018. The investigation officially started on or about January 2, 2019 when Dr. Deric Hall returned from winter vacation and is still ongoing (advised duration approximately 90 days).

On or about February 27, 2019, I was treated differently in relation to my previous part-time status and my ability to be on projects or lead anything when I volunteered (Career Transfer Fair is one example). I am aware of two non-black employees that were given lead positions and/or approval to assist with the event the entire time with pay (one approved to co-lead the project and participate in planning weeks prior). When in similar situations, (a year prior) I was not provided the same opportunity. This event was also reported to Dean Felicia Ramirez-Perez on or about August 2018.

On or about February 27, 2019, I was terminated. When terminated, the process outlined for probationary employees not being retained per the Governing Board was not followed. I was escorted out by security that day and bullied into writing a forced/involuntary resignation letter in order to avoid CGCC Human Resources contesting my unemployment while looking for work which would hurt my family. They also communicated that in writing the resignation letter it would potentially allow me to be hired at 'other colleges' in the District, however not CGCC (implied).

I believe I was discriminated against because of my race (black) in reference to hiring processes and ongoing limitations/barriers created in effort to prevent my ability to function fully and equally in my roles at CGCC (compared to non-black employees in my same job ranking) or make my job harder without necessity. As a result of engaging in protected activity, I was retaliated against, which is in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Naomi Garcia on 04-05-2019 05:41 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0002
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/26/2022

**To:** Mrs. Naomi Garcia
1535 N Horne, #37
MESA, AZ 85203

Charge No: 540-2019-01868

EEOC Representative and email:    Marisol Bingochea
Supervisor
Marisol.Bingochea@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 540-2019-01868.

On behalf of the Commission,

*m—l·C·l—*

Melinda Caraballo
Acting District Director

**Cc:**
Dr. Deric Hall
MARICOPA COUNTY
COMMUNITY COLLEGE DISTRICT
2411 W. 14th St.
Tempe, AZ 85281

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 540-2019-01868 to the District Director at Melinda Caraballo, 3300 North Central Avenue Suite 690

Phoenix, AZ 85012.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue.  After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to: https://www.eeoc.gov/eeoc/foia/index.cfm.

I am an African American/Black woman.

I was hired on 2-10-2017 as a part-time Academic Advisor at Chandler-Gilbert Community College (CGCC/part of the Maricopa County Community College District) and started working on or about 2-22-2017.

I worked successfully in the role without any issues with performance or behavior.

In April 2018, I was very interested in the opening for the Student Services Director position over my current department and applied.

At the beginning of May 2018, I was approached by my peers that were aware I had applied, inquiring if I had received an interview because I was qualified to make it to that stage and interviewing had started. I advised no and they alerted me that it was odd, and something wasn't right.

They also shared concerns about previous African American employees at the college being passed over for positions, promotion, and being more heavily micromanaged by managers without clear cause in the past.

Soon after I was quickly screened out of the hiring process.

As a result, I then engaged in a protected activity on 5/15/2018 by submitting a Student Services Director position hiring complaint and requesting investigation for bias, discrimination, and favoritism because I knew I was qualified for the position. I communicated this complaint in person to Bernadette La Mazza (CGCC Human Resource Director), and via email to Barbara Basel (Associate Vice Chancellor of Human Resources) and Anthony Wilber (Human Resources Analyst Senior) at the Maricopa Community College District office.

In June 2018, I was updated by Anthony Wilbur no bias, discrimination, or favoritism was found and referred to retrieve the hiring documents from and continue reporting to the managers involved in the process/complaint. I did not receive docuemtation after meeting with the hiring manager as instructed.

In July 2018, my direct manager began to raise concerns about my schedule, requesting that I change it to another schedule not discussed when I was hired. She started constantly micromanaging me on everything without cause, due to absence of regular one on one coaching meetings or performance reviews to review performance.

In September 2018, I was placed in another role by the District that would allow additional leadership responsibilities. Despite the change in the role, I was not given the same level of respect, trust, or projects as the other white and Latino employees recently placed in the role.

In November 2018, I submitted a Public Incident Report on 11-2-2018 related to an escalated student I assisted my manager was aware of. On 11-6-2018, my manager called a meeting to express concerns about me not notifying her of my submitted incident report after the student meeting and concerns for the first time about my performance.

On 11-8-2018, I received a written warning (progressive discipline) regarding submitting the recent incident report without direct manager notification and my performance.

I engaged in protected activity 11-8-2018 by notifying CGCC Human Resources in person. Also notified the EEO District office (Deric Hall-Director of EEO/AA/Legal) - left message 11-9-2018 in reference to discrimination/retaliation.

On 12-3-2018, I engaged in a protected activity meeting with the EEO District office (Deric Hall) to discuss my discrimination/retaliation complaint.  On this day my manager emailed me about having meetings away from the department without her approval.

My EEO office complaint was filed with Deric Hall EEO Director in January 2019.

On 1-16-2019, EEO office Deric Hall notified me that the CGCC President and respondents were notified of my discrimination complaints.

On or about 2-12-2019, I had a meeting with Mika Anne Davis to review the records of my Student Services Director and Student Services Analyst position filed hiring records at the district office. In this meeting, I engaged in another protected activity by reporting to her the differential treatment I was facing at the CGCC campus as a result of my earlier complaints.

As a result of multiple points of engagement in protected activity, I was terminated on 2-27-2019 without cause and never received any formal performance review on file.

On 2/28/2019, I filed my race discrimination and retaliation complaint against Chandler-Gilbert Community College (Maricopa County Community Colleges District) with the Phoenix EEOC office.

I believe I was fired/terminated due to race discrimination and retaliated against for engaging in protected activity by submitting multiple complaints related to race discrimination and retaliation.