Barbara E. Cowan (State Bar No. 34680)
**WORKPLACE ADVOCATES**
115 South Madison Avenue
Yuma, AZ 85364
Telephone: (928) 259-7088
Email: brandi@wpa.law

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Naomi Garcia, | Case No.: 2:22-cv-02169-SPL |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND FACT DISCOVERY DEADLINE** |
| vs. | |
| Chandler-Gilbert Community College, et al, | |

The undersigned parties stipulate and agree that the deadline for completing fact discovery in this matter shall be extended to February 28, 2025. No other deadlines need to be extended in this matter. **IT IS SO STIPULATED.**

DATED this 3rd day of January, 2025.

| WORKPLACE ADVOCATES | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By  /s/Barbara E. Cowan<br>Barbara Emily Cowan<br>115 S Madison Ave.<br>Yuma, AZ 85364<br>Attorney for Plaintiff Naomi Garcia | By /s/Gordon Lewis-with permission<br>Gordon Lewis<br>Stephanie D. Baldwin<br>40 N. Central Avenue, Suite 2700<br>Phoenix, Arizona 85004<br>Attorneys for Defendants Chandler-Gilbert Community College, Maricopa County Community College District, Felicia A Ramirez-Perez, Alison M. Travis, and Dr. Kishia Brock |