IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Naomi Garcia,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Chandler-Gilbert Community College, *et al.*,<br><br>　　　　Defendants. | No. CV-22-02169-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulation to Extend Fact Discovery Deadline (Doc. 74). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Fact Discovery Deadline (Doc. 74) and extending deadline as follows:

| Deadline | Current | New |
|---|---|---|
| Fact discovery shall be completed by | 1/10/2025 | **02/28/2025** |

All other aspects of the Court's August 7, 2023, Rule 16 Scheduling Order (Doc. 31; modified at Docs. 50, 54, 64, 67) remain in effect.

Dated this 8th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge