Gordon Lewis, Bar #015162
Stephanie D. Baldwin, Bar #036897
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4479
Fax: (602) 200-7897
glewis@jshfirm.com
sbaldwin@jshfirm.com

Attorneys for Defendants Chandler-Gilbert Community College, Maricopa County Community College District, Felicia A Ramirez-Perez, Alison M. Travis, and Dr. Kishia Brock

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Naomi Garcia,<br><br>    Plaintiff,<br><br>v.<br><br>Chandler-Gilbert Community College; Maricopa County Community College District; Felicia A Ramirez-Perez; Alison M. Travis and Dr. Kishia Brock,<br><br>    Defendants. | No. CV-22-02169-PHX-JJT<br><br>**Stipulation to Extend Case Deadlines (Fifth Request)** |

The undersigned parties stipulate and agree that the deadlines in this case may be extended. The parties so stipulate because Plaintiff's counsel has experienced health issues that have caused the cancellation of Fact Witness depositions, and certain witnesses located out of state have created challenges in completing scheduled discovery. Further, the parties stipulate and agree that the deadlines in this case may be extended to accommodate Plaintiff's counsel's due date and maternity leave. The parties are working diligently to complete discovery in the matter, but believe that additional time is necessary for completion of Fact Discovery in the case. The parties ask that the case deadlines be extended as follows:

//

118089915.1

| Deadline | Current | New |
|---|---|---|
| Fact discovery shall be completed by | 2/28/2025 | 5/9/2025 |
| Defendant(s) shall disclose the identity of all persons whom they may call at trial to present evidence under Fed. R. Evid. 702, 703, 704, or 705 no later than | 2/28/2025 | 5/9/2025 |
| Plaintiff(s) shall disclose the identity of all rebuttal expert testimony no later than | 3/21/2025 | 5/30/2025 |
| All discovery must be completed by | 4/25/2025 | 09/12/2025 |
| The parties must complete all pre-trial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before | 4/11/2025 | 08/29/2025 |
| All dispositive motions, including Daubert motions, shall be filed no later than | 5/23/2025 | 10/10/2025 |

DATED this 25th day of February, 2025.

WORKPLACE ADVOCATES                    JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Barbara Cowan (w/ permission)   By /s/ Gordon Lewis
    Barbara Emily Cowan                             Gordon Lewis
    115 S. Madison Ave.                               Stephanie D. Baldwin
    Yuma, Arizona 85364                              40 N. Central Avenue, Suite 2700
    Attorney for Plaintiff                                  Phoenix, Arizona 85004
                                                                  Attorneys for Defendants Chandler-Gilbert Community College, Maricopa County Community College District, Felicia A Ramirez-Perez, Alison M. Travis, and Dr. Kishia Brock

118089915.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Barbara Emily Cowan
Workplace Advocates
115 S Madison Ave.
Yuma, AZ 85364
brandi@wpa.law
Attorney for Plaintiff Naomi Garcia

/s/ Megan Axlund

3

118089915.1