# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Naomi Garcia,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Chandler-Gilbert Community College, *et al.*,<br><br>　　　　　Defendants. | No. CV-22-02169-PHX-JJT<br><br>**ORDER** |

　　　　At issue is the parties' Stipulation to Extend Deadlines (Fifth Request) (Doc. 79). The present motion is the fifth continuance of the discovery and case management schedule in this matter. There will be no further extensions in this matter.

　　　　**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Deadlines (Fifth Request) (Doc. 79) and extending deadlines as follows:

| **Deadline** | **Current** | **New** |
|---|---|---|
| Fact discovery shall be completed by | 2/28/2025 | 5/9/2025 |
| Defendant(s) shall disclose the identity of all persons whom they may call at trial to present evidence under Fed. R. Evid. 702, 703, 704, or 705 no later than | 2/28/2025 | 5/9/2025 |
| Plaintiff(s) shall disclose the identity of all rebuttal expert testimony no later than | 3/21/2025 | 5/30/2025 |
| All discovery must be completed by | 4/25/2025 | 9/12/2025 |

| Deadline | Current | New |
|---|---|---|
| The parties must complete all pre-trial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before | 4/11/2025 | 8/29/2025 |
| All dispositive motions, including *Daubert* motions, shall be filed no later than | 5/23/2025 | 10/10/2025 |

All other aspects of the Court's August 7, 2023 Rule 16 Scheduling Order (Doc. 31; modified at Docs. 50, 54, 64, 67) remain in effect.

　　　　Dated this 28th day of February, 2025.

　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge